UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ Original Plan
☐ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: AVA CELESTE BENJAMIN    JOINT DEBTOR: _____    CASE NO.: _____

SS#: xxx-xx- 3669    SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,350.83 for months 1 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $5,700.00 | Total Paid: | $2,487.00 | Balance Due: | $3,213.00 |
|---|---|---|---|---|---|
| Payable | $269.21 | /month (Months 1 to 11 ) | | | |
| Payable | $251.69 | /month (Months 12 to 12 ) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
Jose A. Blanco, Esq.: $4,500 Attorneys Fees + $525 Motion to Value + $525 Motion to Value + $150 Cost = $5,700.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS    ☐ NONE

**A. SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: TIAA FSB
   Address: 301 West Bay Street, Jacksonville, FL 32202
   Last 4 Digits of Account No.: 7172

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $14,956.44 | |
| Arrears Payment (Cure) | $50.00 | /month (Months 1 to 11 ) |
| Arrears Payment (Cure) | $64.52 | /month (Months 12 to 12 ) |
| Arrears Payment (Cure) | $298.79 | /month (Months 13 to 60 ) |
| Regular Payment (Maintain) | $848.79 | /month (Months 1 to 60 ) |

Other: _____

AB.

Debtor(s): AVA CELESTE BENJAMIN       Case number: _____

- [■] **Real Property**
  - [■] Principal Residence
  - [ ] Other Real Property

**Check one below for Real Property:**
- [■] Escrow is included in the regular payments
- [ ] The debtor(s) will pay    [ ] taxes    [ ] insurance directly

Address of Collateral:
2246 NW 61 Street, Miami, FL 33142

- [ ] Personal Property/Vehicle

Description of Collateral: _____

B. **VALUATION OF COLLATERAL:** [ ] NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** [■] NONE
2. **VEHICLES(S):** [ ] NONE

| 1. Creditor: | Lugano Capital Inc dba Start Auto Finance Corp. c/o Sobhan Arafa, CEO | Value of Collateral: | $500.00 | **Payment** | |
|---|---|---|---|---|---|
| Address: | 6600 Taft Street, Ste 200 Hollywood, FL 33024 | Amount of Creditor's Lien: | $5,876.40 | Total paid in plan: | $525.45 |
| | | Interest Rate: | 3.25% | $8.76 /month (Months 1 to 60) | |

Last 4 Digits of Account No.: 5205
VIN: JNKAJ09E18M304148
Description of Collateral:
2008 Infinity Ex35 Sport Utility

Check one below:
- [■] Claim incurred 910 days or more pre-petition
- [ ] Claim incurred less than 910 days pre-petition

| 2. Creditor: | Innovate Loan Service | Value of Collateral: | $500.00 | **Payment** | |
|---|---|---|---|---|---|
| Address: | 2201 Dottie Lynn Parkway Ft. Worth, TX 76120 | Amount of Creditor's Lien: | $4,796.60 | Total paid in plan: | $525.45 |
| | | Interest Rate: | 3.25% | $8.76 /month (Months 1 to 60) | |

Last 4 Digits of Account No.: 1934
VIN: 1N4AL2AP0CN463868
Description of Collateral:
2012 Nissan Altima S

Check one below:
- [■] Claim incurred 910 days or more pre-petition
- [ ] Claim incurred less than 910 days pre-petition

3. **PERSONAL PROPERTY:** [■] NONE

C. **LIEN AVOIDANCE** [■] NONE

LF-31 (rev. 06/04/21)                Page 2 of 3                    AB

Debtor(s): AVA CELESTE BENJAMIN    Case number:

|      | D. | **SURRENDER OF COLLATERAL:** ■ NONE |
|------|----|-------------------------------------|
|      | E. | **DIRECT PAYMENTS** ■ NONE |
| IV.  |    | **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE |
|      | A. | **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☐ NONE |

> 1. Name: State of Florida - Department of Revenue, Bankruptcy
>
> Payment Address: P.O. BOX 8045, Tallahassee, FL 32314
>
> Total Due:       $1,813.64
>
> Payable   $30.23   /month (Months  1  to  60 )

|      | B. | **INTERNAL REVENUE SERVICE:** ■ NONE |
|------|----|--------------------------------------|
|      | C. | **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE |
|      | D. | **OTHER:** ■ NONE |
| V.   |    | **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE |
|      | A. | Pay   $20.42   /month (Months  13  to  60 ) |

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

|      | B. | ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims. |
|------|----|---|
|      | C. | **SEPARATELY CLASSIFIED:** ■ NONE |
| VI.  |    | **STUDENT LOAN PROGRAM** ■ NONE |
| VII. |    | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE |
| VIII.|    | **INCOME TAX RETURNS AND REFUNDS:** ■ NONE |
| IX.  |    | **NON-STANDARD PLAN PROVISIONS** ■ NONE |

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Ava B._   Debtor    2/11/22                        Joint Debtor
AVA CELESTE BENJAMIN          Date                                            Date

_____   _____
Attorney with permission to sign on       Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**