UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
Ava Celeste Benjamin,            Case no. 22-11124-AJC
                                 Chapter 13 Case
        Debtor(s).        /

**INNOVATE LOAN SERVICING'S OBJECTION TO CONFIRMATION**

Innovate Loan Servicing ("Creditor") objects to the confirmation of debtor's Chapter 13 Plan as follows:

1. On February 11, 2022, debtor filed for relief under Chapter 13 the Bankruptcy Code.

2. On January 3, 2018, debtor executed a contract pertaining to the purchase of a **2012 NISSAN ALTIMA SEDAN 4D S 2.5L I4, VIN 1N4AL2AP0CN463868.** Copies of the contract & proof of title are attached to Creditor's Proof of Claim No. 1-1.

3. The Plan should not be confirmed under 11 U.S.C. section 1325(a)(5)(B)(ii) because the value, of the effective date of the Plan, of property to be distributed under the Plan to Creditor on account of its claim is less than the allowed amount of Creditor's secured claim. The Plan appears to understate the value of the vehicle. The replacement (retail) value of the vehicle is **$7,325.00.**

4. The payoff on the account, as of February 11, 2022, is **$5,905.22 (POC #1-1).**

5. Debtor understates the interest rate. Creditor is entitled to the Till rate of 5.25%.

6. Creditor requires updated proof of collision and comprehensive insurance.

7. Creditor objects to any portion of its claim being

disallowed and stricken.

**WHEREFORE,** Creditor respectfully requests that the confirmation of debtor's Plan be denied.

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on February 15, 2022, copies of the foregoing were transmitted via ECF to Office of the US Trustee, Nancy K. Neidich, Trustee, Jose A Blanco, Esq., attorney for debtor, and mailed to Ava Celeste Benjamin, debtor, 2246 NW 61st Street, Miami, FL 33142-7829.

> GERARD M. KOURI, JR., P.A.
> Attorneys for Ford Motor Credit Company LLC
> 5311 King Arthur Ave, Davie, FL 33331
> Tel (954) 862-1731; Fax  (954) 862-1732
>
> */s/ Gerard M. Kouri, Jr.*
> By:_____
>     GERARD M. KOURI, JR., ESQ.
>     FBN 375969