# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:                                                 CASE NO. 22-11124-AJC

Ava Celeste Benjamin                      CHAPTER 13

_____Debtor(s)_____ /

## DEBTOR'S EXPEDITED MOTION TO CONTINUE THE AUTOMATIC STAY
(Requesting expedited hearing date to be scheduled before the expiration of 30 days from the date of filing the petition which is March 13, 2022.)

COMES NOW, the Debtor, Ava Celeste Benjamin, by and through the undersigned attorney, and hereby files this Motion to Continue the Automatic Stay, Pursuant to 11 U.S.C. 362(c)(3)(B) and (C), as to all creditors of the Debtor, and as grounds therefore alleges:

1. On November 22, 2019, the Debtor filed a Chapter 13 petition for bankruptcy relief in the Southern District of Florida, Miami Division (Case No.: 19-25801-LMI).

2. The Chapter 13 bankruptcy case was dismissed on January 18, 2022.

3. This instant case was filed on February 11, 2022.

4. The Debtor had two different jobs in the first case whereby she was making approximately $11.25 per hour, and she was unemployed from the time she left her first job until the time she obtained her second job for approximately six months.

5. The Debtor is now gainfully employed at the United States Postal Service with steady hours and at a higher hourly rate (averaging $18.69). The Debtor is now filing this case with a new attorney whom she did not initially file with.

6. The Debtor presents that these substantial changes in financial circumstances is sufficient to continue the automatic stay as to all creditors since she makes steady and more income to support herself and fund the plan.

7. Creditor TIAA, FSB c/o LoanCare, LLC has a foreclosure case against the Debtor entitled, Habitat for Humanity of Greater Miami, Inc. v. Ava C. Marks, Case No.: 2019-024755-CA-01.

8. The Debtor seeks protection against this creditor along with all of her other creditors, including, but not limited to, her vehicles' creditors Lugano Capital Inc., dba Start Auto Finance Corp. and Innovate Loan Service.

9. The Debtor wishes to reorganize her debts according to the presently filed plan.

10. In the Debtor's only prior bankruptcy case, the Debtor attempted to make all payments under her chapter 13 plan and paid a substantial figure totaling $26,606.00.

11. The Debtor is not attempting to abuse the system by filing a second case.

12. The Debtor is now able to make the required chapter 13 payments since she has steady hours at a higher pay rate.

13. There was no Motion to Lift the Automatic Stay filed in the previous case by any of the Debtor's creditors.

14. This motion is made in good faith as to all creditors, especially to save her homestead and her vehicles, and only as a precautionary action to safeguard the rights the Debtor has with the stay provided by the Bankruptcy Code.

15. Pursuant to Local Rule 4001-1(L), the Debtor has attached an Affidavit as Exhibit "A" declaring support of this instant Motion that describes the facts upon which the Debtor is relying on to rebut the presumption of the absence of good faith.

WHEREFORE, the Debtor requests that the Court allow the automatic stay to continue as to all creditors together with any other relief the Court deems appropriate under the facts.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Continue the Automatic Stay was sent to all interested parties on the attached service list on February 16, 2022.

Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463