UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:

AVA CELESTE BENJAMIN,

    Debtor.

_____/

CASE NO.   22-11124-AJC

Chapter 13

## LUGANO CAPITAL, INC.'S OBJECTION TO CONFIRMATION

Secured creditor, LUGANO CAPITAL, INC., D/B/A "START AUTO FINANCE" ("Creditor"), through counsel and pursuant to Sections 105 and 1325,[1] files this Objection to Confirmation ("Objection") of the Chapter 13 Plan ("Plan") [ECF #2] filed by debtor, AVA CELESTE BENJAMIN ("Debtor"), and in support states:

1.    On February 11, 2022 ("Petition Date"), Debtor voluntarily filed for relief under Chapter 13.

2.    On June 26, 2018, Debtor executed a Retail Installment Contract and Security Agreement ("Agreement") pertaining to the purchase of a 2008 INFINITI EX35; VIN: JNKAJ09E18M304148.

3.    The Plan should not be confirmed under Section 1325(a)(5)(B)(ii) because the value, on the effective date of the Plan, of property to be distributed under the Plan to Creditor on account of its claim is less than the allowed amount of Creditor's secured claim. The Plan appears to understate the value of the vehicle. The replacement (retail) value of the vehicle is at least $4,675.00 (not $500.00, as estimated by Debtor).

---

[1] All references to "Chapter" and "Section" refer to the Bankruptcy Code appearing in Title 11 of the United States Code; all references to a "Rule" refer to the Federal Rules of Bankruptcy Procedure; and all references to a "Local Rule" refer to the Local Rules of the U.S. Bankruptcy Court for the Middle District of Florida.

4. The payoff on Debtor's account with Creditor, as of the Petition Date, is $9,992.94.

5. Debtor further objects to Debtor's understatement of the interest rate at 3.25%, when Creditor is entitled to interest at 23.99%.

6. Creditor further objects to any portion of its claim being disallowed and stricken.

7. Creditor requires updated proof of collision and comprehensive insurance.

WHEREFORE, Creditor requests that confirmation of Debtor's Plan be denied.

|  |  |
|---|---|
| | I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). |
| Dated: February 25, 2022. | Respectfully submitted: |
| | s/ Matthew S. Kish<br>Matthew S. Kish, Esq.<br>Fla. Bar No. 491640<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>Phone: 561.477.7800<br>Fax: 561.477.7722<br>Email: mkish@sbwh.law |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2022, a true and correct copy of the foregoing was served upon all parties who are currently on the list to receive email notice/service for this case via the Court's CM/ECF System and/or U.S. mail to the parties listed below.

s/ Matthew S. Kish
Matthew S. Kish