**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☒ FIRST _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: AVA CELESTE BENJAMIN       JOINT DEBTOR: _____       CASE NO.: 22-11124-AJC

SS#: xxx-xx- 3669                   SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,401.68 for months 1 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $5,700.00 | Total Paid: | $2,487.00 | Balance Due: | $3,213.00 |
|---|---|---|---|---|---|
| Payable | $269.21 | /month (Months 1 to 11 ) | | | |
| Payable | $251.69 | /month (Months 12 to 12 ) | | | |

Allowed fees under LR 2016-I(B)(2) are itemized below:
Jose A. Blanco, Esq.: $4,500 Attorneys Fees + $525 Motion to Value + $525 Motion to Value + $150 Cost = $5,700.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS   ☐ NONE

**A. SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: TIAA FSB

   Address: 301 West Bay Street
   Jacksonville, FL 32202

   Last 4 Digits of Account No.: 7172

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $14,956.44 | |
   | Arrears Payment (Cure) | $50.00 | /month (Months 1 to 11 ) |
   | Arrears Payment (Cure) | $64.52 | /month (Months 12 to 12 ) |
   | Arrears Payment (Cure) | $298.79 | /month (Months 13 to 60 ) |
   | Regular Payment (Maintain) | $848.79 | /month (Months 1 to 60 ) |

   Other: _____

A.B.

Debtor(s): AVA CELESTE BENJAMIN          Case number: _____

| ■ Real Property | Check one below for Real Property: |
|---|---|
| ■ Principal Residence | ■ Escrow is included in the regular payments |
| ☐ Other Real Property | ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly |

Address of Collateral:
2246 NW 61 Street, Miami, FL 33142

☐ Personal Property/Vehicle

Description of Collateral: _____

## B. VALUATION OF COLLATERAL: ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ■ NONE

2. **VEHICLES(S):** ☐ NONE

| 1. Creditor: Lugano Capital Inc dba Start Auto Finance Corp. c/o Sobhan Arafa, CEO<br>Address: 6600 Taft Street, Ste 200, Hollywood, FL 33024<br>Last 4 Digits of Account No.: 5205<br>VIN: JNKAJ09E18M304148<br>Description of Collateral: 2008 Infiniti Ex35 Sport Utility<br><br>Check one below:<br>■ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: $3,000.00<br>Amount of Creditor's Lien: $9,727.89<br>Interest Rate: 3.25% | **Payment**<br>Total paid in plan: $3,254.40<br><br>$54.24 /month (Months 1 to 60) |
| 2. Creditor: Innovate Loan Service<br>Address: 2201 Dottie Lynn Parkway, Ft. Worth, TX 76120<br>Last 4 Digits of Account No.: 1934<br>VIN: 1N4AL2AP0CN463868<br>Description of Collateral: 2012 Nissan Altima S<br><br>Check one below:<br>■ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: $500.00<br>Amount of Creditor's Lien: $5,905.22<br>Interest Rate: 3.25% | **Payment**<br>Total paid in plan: $542.40<br><br>$9.04 /month (Months 1 to 60) |

3. **PERSONAL PROPERTY:** ■ NONE

## C. LIEN AVOIDANCE ■ NONE

A.B.

Debtor(s): AVA CELESTE BENJAMIN          Case number: _____

    D. **SURRENDER OF COLLATERAL:** ■ NONE

    E. **DIRECT PAYMENTS** ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ☐ NONE

    A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☐ NONE

> 1. Name: State of Florida - Department of Revenue, Bankruptcy
>
> Payment Address: P.O. BOX 8045, Tallahassee, FL 32314
>
> Total Due: $1,813.64
>
> Payable  $30.23  /month (Months  1  to  60 )

    B. **INTERNAL REVENUE SERVICE:** ■ NONE

    C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

    D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

    A. Pay  $20.42  /month (Months  13  to 60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. **SEPARATELY CLASSIFIED:** ■ NONE

VI. **STUDENT LOAN PROGRAM** ■ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:**

    ■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

IX. **NON-STANDARD PLAN PROVISIONS** ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Ava Benjamin_  Debtor   3/9/22       _____ Joint Debtor  _____
AVA CELESTE BENJAMIN       Date                                                    Date

_____   _____
Attorney with permission to sign on     Date
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.

Debtor(s): AVA CELESTE BENJAMIN          Case number: _____

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.

A.B