

**ORDERED in the Southern District of Florida on July 19, 2022.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                               Case No. 22-11124-AJC
Ava Benjamin                                         Chapter 13

     Debtor(s).        /

**ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF WAGE DEDUCTION ORDER**

     THIS MATTER having come to be heard on June 28, 2022, at 9:00 AM upon Debtor's Motion to Waive Requirement of Wage Deduction Order [ECF#48], IT IS;
     ORDERED AND ADJUDGED:
1. Debtor's Motion to Waive Requirement of Wage Deduction Order is granted.
2. The Requirement of the Wage Deduction Order is waived.

# # #

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.

Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
Jose A. Blanco | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463