**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan
☒ THIRD _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: AVA CELESTE BENJAMIN      JOINT DEBTOR: _____      CASE NO.: 22-11124-AJC
SS#: xxx-xx- 3669                 SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,835.32 for months 1 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**      ☐ NONE    ☐ PRO BONO

| Total Fees: | $5,700.00 | Total Paid: | $2,487.00 | Balance Due: | $3,213.00 |
|---|---|---|---|---|---|
| Payable | $69.89 | /month (Months 1 to 45 ) | | | |
| Payable | $67.95 | /month (Months 46 to 46 ) | | | |

Allowed fees under LR 2016-I(B)(2) are itemized below:
Jose A. Blanco, Esq.: $4,500 Attorneys Fees + $525 Motion to Value + $525 Motion to Value + $150 Cost = $5,700.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS    ☐ NONE

**A. SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. **Creditor:** Covey Financial, LLC
   **Address:** P.O. Box 790892
   San Antonio, TX 78279

   | | | | |
   |---|---|---|---|
   | Arrearage/ Payoff on Petition Date | $35,247.75 | | |
   | Arrears Payment (Cure) | $587.46 | /month (Months 1 to 60 ) | |
   | Regular Payment (Maintain) | $831.30 | /month (Months 1 to 60 ) | |

   **Last 4 Digits of Account No.:** 6870
   **Other:** _____

Debtor(s): AVA CELESTE BENJAMIN          Case number: 22-11124-AJC

| ☒ Real Property | Check one below for Real Property: |
|---|---|
| ☒ Principal Residence | ☒ Escrow is included in the regular payments |
| ☐ Other Real Property | ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly |

Address of Collateral:
2246 NW 61 Street, Miami, FL 33142

☐ Personal Property/Vehicle

Description of Collateral:

### B. VALUATION OF COLLATERAL:  ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☒ NONE

2. **VEHICLES(S):** ☐ NONE

| 1. Creditor: Lugano Capital Inc dba Start Auto Finance Corp. c/o Sobhan Arafa, CEO | Value of Collateral: $4,000.00 | **Payment** |
|---|---|---|
| Address: 6600 Taft Street, Ste 200 Hollywood, FL 33024 | Amount of Creditor's Lien: $9,919.55<br>Interest Rate: 5.25% | Total paid in plan: $4,556.64<br><br>$75.95 /month (Months 1 to 60) |
| Last 4 Digits of Account No.: 5205<br>VIN: JNKAJ09E18M304148<br>Description of Collateral:<br>2008 Infiniti Ex35 Sport Utility | | |
| Check one below:<br>☒ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | | |
| 2. Creditor: Innovate Loan Service | Value of Collateral: $3,000.00 | **Payment** |
| Address: PO BOX 164894 Fort Worth, TX 76161 | Amount of Creditor's Lien: $5,905.22<br>Interest Rate: 5.25% | Total paid in plan: $3,417.48<br><br>$56.96 /month (Months 1 to 60) |
| Last 4 Digits of Account No.: 1934<br>VIN: 1N4AL2AP0CN463868<br>Description of Collateral:<br>2012 Nissan Altima S | | |
| Check one below:<br>☒ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | | |

3. **PERSONAL PROPERTY:** ☒ NONE

### C. LIEN AVOIDANCE  ☒ NONE

Debtor(s): AVA CELESTE BENJAMIN          Case number: 22-11124-AJC

    D. **SURRENDER OF COLLATERAL:**  ■ NONE

    E. **DIRECT PAYMENTS**  ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]    ☐ NONE

    A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☐ NONE

> 1. Name: State of Florida - Department of Revenue, Bankruptcy
>
> Payment Address: P.O. BOX 8045, Tallahassee, FL 32314
>
> Total Due:    $1,813.64
>
> Payable    $30.23   /month (Months   1  to  60 )

    B. **INTERNAL REVENUE SERVICE:**  ■ NONE

    C. **DOMESTIC SUPPORT OBLIGATION(S):**  ■ NONE

    D. **OTHER:**  ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**    ☐ NONE

    A. Pay   $1.94   /month (Months  46  to 46 )

        Pay   $69.89   /month (Months  47  to 60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. **SEPARATELY CLASSIFIED:**  ■ NONE

VI. **STUDENT LOAN PROGRAM**  ■ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**  ■ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:**

    ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

IX. **NON-STANDARD PLAN PROVISIONS**  ■ NONE

Debtor(s): AVA CELESTE BENJAMIN         Case number: 22-11124-AJC

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Ava Ben_  Debtor   _8/2/22_   _____ Joint Debtor  _____
AVA CELESTE BENJAMIN                Date                                                                                   Date

_____        _____
Attorney with permission to sign on                    Date
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.